**GEORGE M. REIBER**
CHAPTER 13 TRUSTEE
SOUTH WINTON COURT
3136 SOUTH WINTON ROAD
ROCHESTER, NEW YORK 14623

June 25, 2019

Adrienne R. Bembry
93 Dorbeth Road
Rochester, NY 14621

Dear Ms. Bembry,

Re: Case No. 16-21282-PRW

    My records show that you have fallen behind in your Chapter 13 plan payments. As of this date it appears that your plan is in default in the amount of $1,776, which includes the plan payment due for June, 2019. The last plan payment received was on May 8, 2019 in the amount of $592. Enclosed please find a receipt history for all plan payments received to date for your review.

    I look for plan payments to be brought current as quickly as possible so that the plan completes within its original term. If you would like to arrange to make up the missed payments please contact my office as soon as possible. Also, if you have questions or concerns about how the arrearage was calculated, or if you believe that you have not been credited with all the payments you have sent in, then I need to hear from you as well.

    Above all, if your present circumstances do not permit you to continue with your payments, and/or to catch up the missed ones, then I urge you to contact your attorney immediately. Your attorney is being sent a copy of this letter.

    You must take action to save your case from being dismissed. If I do not have a response from you within (10) days from the date of this letter I will have no choice but to file a Dismissal Motion with the Court.

    You may contact our office by either phone at 585.427.7225, ext. 224, or by fax to 585.427.7804.

                                            Very truly yours,
                                            George M. Reiber

GMR/dms

Xc: Maurice Verrillo, Esq.
     Enclosure