# Receipts and Refunds
## through 06/25/2019

**Case Number:** 1621282
**Debtor:** ADRIENNE R. BEMBRY

| Date: | Period | Transaction Type | Source: | Check/MO# | Funds In | Funds Out | Batch | Float |
|---|---|---|---|---|---|---|---|---|
| 05/08/2019 | 05/2019 | Receipt | OFFICIAL CHECK | | 592.00 | 0.00 | 00051739 | N |
| 02/28/2019 | 03/2019 | Receipt | OFFICIAL CHECK | | 592.00 | 0.00 | 00051491 | N |
| 12/11/2018 | 12/2018 | Receipt | OFFICIAL CHECK | | 682.00 | 0.00 | 00051208 | N |
| 12/11/2018 | 12/2018 | Receipt | OFFICIAL CHECK | | 502.00 | 0.00 | 00051208 | N |
| 10/22/2018 | 11/2018 | Receipt | OFFICIAL CHECK | | 592.00 | 0.00 | 00051039 | N |
| 09/25/2018 | 10/2018 | Receipt | OFFICIAL CHECK | | 592.00 | 0.00 | 00050931 | N |
| 08/21/2018 | 09/2018 | Receipt | OFFICIAL CHECK | | 592.00 | 0.00 | 00050813 | N |
| 07/24/2018 | 08/2018 | Receipt | OFFICIAL CHECK | | 592.00 | 0.00 | 00050708 | N |
| 06/29/2018 | 07/2018 | Receipt | MONEY ORDER | | 92.00 | 0.00 | 00050624 | N |
| 06/29/2018 | 07/2018 | Receipt | OFFICIAL CHECK | | 500.00 | 0.00 | 00050624 | N |
| 05/24/2018 | 06/2018 | Receipt | OFFICIAL CHECK | | 592.00 | 0.00 | 00050504 | N |
| 04/25/2018 | 05/2018 | Receipt | OFFICIAL CHECK | | 592.00 | 0.00 | 00050402 | N |
| 03/27/2018 | 04/2018 | Receipt | OFFICIAL CHECK | | 711.00 | 0.00 | 00050270 | N |
| 03/02/2018 | 03/2018 | Receipt | OFFICIAL CHECK | | 711.00 | 0.00 | 00050172 | N |
| 01/24/2018 | 02/2018 | Receipt | OFFICIAL CHECK | | 711.00 | 0.00 | 00050018 | N |
| 01/03/2018 | 01/2018 | Receipt | OFFICIAL CHECK | | 620.00 | 0.00 | 00049929 | N |
| 01/03/2018 | 01/2018 | Receipt | OFFICIAL CHECK | | 95.00 | 0.00 | 00049929 | N |
| 11/27/2017 | 12/2017 | Receipt | OFFICIAL CHECK | | 711.00 | 0.00 | 00049801 | N |
| 10/31/2017 | 11/2017 | Receipt | BANK CHECK | | 711.00 | 0.00 | 00049703 | N |
| 09/29/2017 | 10/2017 | Receipt | BANK CHECK | | 711.00 | 0.00 | 00049585 | N |
| 08/25/2017 | 09/2017 | Receipt | BANK CHECK | | 711.00 | 0.00 | 00049451 | N |
| 08/03/2017 | 08/2017 | Receipt | BANK CHECK | | 711.00 | 0.00 | 00049358 | N |
| 07/05/2017 | 07/2017 | Receipt | BANK CHECK | | 711.00 | 0.00 | 00049238 | N |
| 05/03/2017 | 05/2017 | Receipt | BANK CHECK | | 711.00 | 0.00 | 00048991 | N |
| 03/21/2017 | 04/2017 | Receipt | BANK CHECK | | 711.00 | 0.00 | 00048818 | N |
| 02/14/2017 | 02/2017 | Receipt | BANK CHECK | | 711.00 | 0.00 | 00048673 | N |
| 01/10/2017 | 01/2017 | Receipt | MONEY ORDER | | 711.00 | 0.00 | 00048507 | N |

# Receipts and Refunds
through 06/25/2019

Case Number: 1621282
Debtor: ADRIENNE R. BEMBRY

| Date: | Period | Transaction Type | Source: | Check/MO# | Funds In | Funds Out | Batch | Float |
|---|---|---|---|---|---|---|---|---|
| 12/13/2016 | 12/2016 | Receipt | MONEY ORDER | | 711.00 | 0.00 | 00048393 | N |

**Paid This Period: 17,181.00**  17,181.00  0.00  0.00  1,484.22

| | # Transactions | Amount | | |
|---|---|---|---|---|
| Cost Receipts | 28 | 17,181.00 | Total Due To Date: | 18,957.00 |
| NSF Backout | 0 | 0.00 | Net Paid In: | 17,181.00 |
| No Cost Receipts | 0 | 0.00 | Delinquency: | 1,776.00 |
| NSF No Cost Backout | 0 | 0.00 | | |
| Refunds To Debtor | 0 | 0.00 | Months In Arrears: | 3.0 |
| Transfers In | 0 | 0.00 | | |
| Transfers Out | 0 | 0.00 | | |
| Net Receipts | 28 | 17,181.00 | Need For Claims: | 20,175.10 |